STATE v. RUSSELL

No. 131P87.

Case below: 84 N.C. App. 383.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1987.

STATE v. TYREE

No. 199P87.

Case below: 84 N.C. App. 703.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1987.

STATE v. WIKE

No. 252P87.

Case below: 85 N.C. App. 516.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 May 1987. Petition by defendant for writ of supersedeas and temporary stay denied 27 May 1987.

STATE v. WORTHINGTON

No. 89P87.

Case below: 84 N.C. App. 150.

Petition by defendants (Worthington and Warren) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

TRAVIS v. KNOB CREEK, INC.

No. 151PA87.

Case below: 84 N.C. App. 561.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1987.